HERMAN D. RIDGE and Another, Respondents, v. GLENN MUFFLY, Appellant. — Action for balance of rent due under a lease. Judgment of the County Court of Westchester county in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

LINA STERNKOPF, Respondent, v. AUGUST H. HILLERS and HORTENSE N. HILLERS, Appellants, and Others, Defendants.— Order denying the motion of defendants Hillers to vacate the judgment entered herein and to remit the case to the justice before whom it was tried, affirmed, with ten dollars costs and disbursements. The defendants' adequate remedy lies in an appeal to this court from the judgment, for in this case a decision was signed by the trial justice, upon which decision judgment was duly entered. This is not a case where judgment was entered without a decision as in Wise v. Cohen, No. 1 (113 App. Div. 859). Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

JUDSON S. TODD, Appellant, v. JEROME B. LUSTIG, Respondent.— In an action brought to recover upon a contract of guaranty, order granting summary judgment in favor of the defendant and the judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Young, Carswell, Davis, Johnston and Adel, JJ.